## MOLL vs. BENCKLER.

*New trial—Res adjudicata.*

After denying a motion for new trial, the circuit court should not, at a subsequent term, entertain a second motion of the same kind on the same grounds.

APPEAL from the Circuit Court for *Washington* County.

Trespass *quare clausum*. At the October term of the court, 1870, the jury, by the direction of the court, found a verdict for the plaintiff, assessing his damages at six cents. The defendant, at the same term, and before judgment rendered, moved for a new trial for errors in the rulings of the court as to the admission of evidence, and in giving the jury the direction aforesaid. The motion was denied, and judgment rendered on the verdict. At the March term, 1871, the defendant moved the court, upon the bill of exceptions as settled, to set aside the judgment and verdict and grant a new trial, upon the same grounds above stated. From an order granting this motion, plaintiff appealed.

*Frisby & Weil*, for appellant, cited 15 Wis., 474; 20 id., 265; 23 id., 692; 12 Wend., 290; *Branger v. Buttrick*, ante, p. 450; and to the point that the basing of the second motion on "the bill of exceptions" did not affect the rule, so long as the *grounds* of the motion were the same, they cited *Ray v. Connor*, 3 Edw., 478; *Simpson v. Hart*, 1 Johns. Ch., 93; *Dodd v. Astor*, 2 Barb. Ch., 395.

*Thorp & Frisby*, for respondent.

DIXON, C. J. The case of *Branger v. Buttrick*, ante, p. 450, is decisive of this appeal. The decision of the court below upon the first motion for a new trial was *res adjudicata*, and conclusive, so that no second motion upon the same grounds could be entertained by that court. If the defendant felt aggrieved by the decision upon that motion, his remedy was by

appeal to this court from the order, or by writ of error or appeal from the judgment, the ruling of the court upon the motion having been regularly excepted to, and the exception embodied in the bill.

*By the Court.*—Order reversed, and cause remanded.